IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYNTHIA E. GARDNER<br><br>Plaintiff<br><br>v.<br><br>EASTON POLICE DEPARTMENT, *et al.*<br><br>Defendants | Civil Action No.<br><br>WMN 00 CV 2437 |

**STIPULATION**

Plaintiff, Cynthia E. Gardner, and Defendants, Easton Police Department[1] and George M. Harvey, individually and as Chief of Police, by their undersigned counsel, stipulate as follows:

1. Each party shall be given a total of twenty (20) hours to depose fact witnesses.

2. Each party shall be given twelve (12) hours to depose expert witnesses.

Dated: November 14, 2000

---

[1] No such municipal entity exists. The proper defendant is the Town of Easton.

Respectfully submitted,

*Michael Marshall* (per FJF)
_____
Michael Marshall

*Kurt J. Fischer*
_____
Kurt J. Fischer
Emmett F. McGee, Jr.

Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, Tenth Floor
Baltimore, Maryland 21201
(410) 685-2022

Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Plaintiff

Attorneys for Defendants

Balt1:313256:1:|11/10/00
6925-53