IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

MAR 2 2001

CYNTHIA E. GARDNER

    Plaintiff                    *

v.                                 *     CASE NO.: WMN 00 CV 2437

EASTON POLICE DEPARTMENT, et al     *

    Defendants               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL WITH PREJUDICE

Mr./Ms. Clerk:

Please dismiss the above captioned case with prejudice.

_____          _____
Michael Marshall                     Emmett F. McGee, Jr.
Schlachman, Belsky & Weiner       Piper, Marbury, Rudnick & Wolfe
20 S. Charles Street - Tenth Floor    6225 Smith Avenue
Baltimore, MD 21201              Baltimore, MD 21209-3600

" APPROVED " THIS 23rd DAY
OF March, 2001
_____
UNITED STATES DISTRICT JUDGE